**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carl Glenn PLA, Defendant–Appellant.**

**No. 03–10645.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 19, 2005.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Greg Addington, William R. Reed, Esq., Jason F. Carr, Esq., Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esq., Las Vegas, NV, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Carl Glenn Pla appeals his 96-month sentence imposed after a guilty plea conviction for felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

